John Tilman **HAYNES**, Appellant,

v.

**F. T. WILKINSON**, Warden, United States Penitentiary, Appellee.

No. 17997.

United States Court of Appeals
Fifth Circuit.

Jan. 21, 1960.

John Tilman Haynes, in pro. per.

E. Ralph Ivey, Asst. U. S. Atty., Charles D. Read, Jr., U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

It appearing that the appellant was not entitled to release from confinement at the time of this hearing on his habeas corpus petition even under the computation as claimed by him to be correct, this judgment dismissing the application for the writ is affirmed.

**BERNS & KOPPSTEIN, INC.**, Plaintiff-Appellee,

v.

**ORION INSURANCE COMPANY, Ltd.** and Kenneth Walter Stone, Defendants-Appellants.

No. 43, Docket 25561.

United States Court of Appeals
Second Circuit.

Argued Nov. 9, 1959.

Decided Jan. 8, 1960.

Rehearing Denied Jan. 29, 1960.

Frank G. Wittenberg, New York City (Katz, Wittenberg & Katz, New York City, on the brief), for plaintiff-appellee.

Walter B. Hall, New York City (Mendes & Mount, New York City, on the brief), for defendants-appellants.

Before LUMBARD, Chief Judge, and SWAN and MAGRUDER, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of Judge Herlands reported at D.C.S.D.N.Y.1959, 170 F.Supp. 707.